# Order

Michigan Supreme Court
Lansing, Michigan

January 18, 2019

Bridget M. McCormack,
Chief Justice

158726-8(109)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DAVID ROYCE,
      Plaintiff-Appellee,

v

SUSAN LAPORTE,
      Defendant-Appellant.

_____

SC: 158726, 158727
COA: 337549, 340354
Oakland CC: 2007-741737-DC

DAVID ROYCE,
      Plaintiff-Appellee,

v

SUSAN LAPORTE,
      Defendant-Appellant,
and

MARCIA C. ROSS,
      Appellee.

_____/

SC: 158728
COA: 339903
Oakland CC: 2007-741737-DC

On order of the Chief Justice, the motion for the temporary admission of out-of-state attorneys Gregory F. Jacob, Samuel R. Lehman, and Reuben C. Goetzl to appear and practice in this case under MCR 8.126(A) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 18, 2019



Clerk